# EXHIBIT LIST

EXHIBIT A — Inmate Grievance to Sgt. concerning Plaintiff had hearing on July 28, 2016 at 9:30 A.M. and was NOT transported from Duval County Jail to Duval County Courthouse. The grievance was sent back to Plaintiff unanswered. Dated 7/28/16

# OFFICE OF THE SHERIFF

## DEPARTMENT OF CORRECTIONS

## INMATE REQUEST/GRIEVANCE FORM

PRINT ALL INFORMATION

| DATE (MM-DD-YYYY) 7 . 28 . 2016 | JAIL # 2016000759 |
|---|---|
| FIRST NAME ANTHONY | LAST NAME BAKER |

| ☑ PDF | ☐ MCC | ☐ CTC |
|---|---|---|

HOUSING LOCATION / WORK ASSIGNMENT: **2E4A-77**

This form may be used to request information or a service, to request a Complaint Against an Employee Form, or to initiate a grievance concerning departmental policy, procedure, or any service of the Jacksonville Department of Corrections. **Requests for medical, dental or mental health services shall be made on a sign-up sheet with the designated medication nurse. Medical Grievances may not be requested on this form.** SGT

**Please select one:**   ☐ REQUEST   ☑ GRIEVANCE
(NOTE: All grievances must be filed within 5 days of the alleged incident.)

☐ CHAPLAIN   ☐ CLASSIFICATION   ☐ CLOTHING/BEDDING
☐ COMMISSARY   ☐ COURT   ☐ FOOD SERVICE
☐ INVESTIGATOR   ☐ LAW LIBRARY   ☐ MAIL
☐ OFFICER   ☐ PROPERTY ROOM   ☐ PROGRAMS

Please give a description of your request/grievance:

I RECENTLY HAD A HEARING ON THE JULY 28, 2016. I WAS SUPPOSE TO BE THERE. I WAS NOT TRANSPORTED TO THE DUVAL COUNTY COURTHOUSE FOR MY HEARING. THIS ALSO DENIED ME THE OPPORTUNITY TO PRESENT MY DEFENSE IN THIS MATTER AS WELL AS ACCESS TO THE COURT. THIS WAS DONE IN RETALIATION FOR FILING A 1983 CIVIL COMPLAINT AGAINST JSO AND IN VIOLATION OF STATE AND FEDERAL LAWS

A.R.B/C/FILE

| 7/28/16 | Anthony Baker |
|---|---|
| Date Signed | Your Signature (not valid without your signature) |

*(Staff Response/Disposition will be noted on other side)*

**WARNING:** The Jacksonville Sheriff's Office regards this form as a legal document. Filing frivolous or false statements to a law enforcement official is a violation of the departmental rules and Florida State Statutes.

P-0356 REV 08-2007

EXHIBIT A